UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARAMOUNT DISASTER RECOVERY, LLC,

    Plaintiff,

v.                                            Case No. 6:18-cv-1377-Orl-37DCI

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.

_____

## ORDER

Plaintiff, through counsel, commenced this action in state court, and Defendant removed it here. (Docs. 1, 2.) Yet Plaintiff's counsel is not barred in this court and hasn't appeared yet, so Plaintiff is currently unrepresented and cannot represent itself under Local Rule 2.03(e). Consequently, U.S. Magistrate Judge Daniel C. Irick's directed Plaintiff to retain counsel on or before September 25, 2018, cautioning Plaintiff that failure to do so would result in dismissal of this action without prejudice for failure to prosecute. (Doc. 17, p. 2.) Plaintiff failed to comply, so Magistrate Judge Irick issued a Report recommending exactly that. (Doc. 22 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court

concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 22) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 12, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party